United States District Court Eastern District Wisconsin
Plaintiff: Fredrick Morris
    V.  Case No 22-CV-716
Defendant: Tonia Rozmarynoski

Amended Complaint

On July 8th 2021. I was in confinement (Restrictive housing) in Green Bay Correctional Institution. I was on the even side of the 400 wing in cell 408. I was on observation status. I was on a hunger strike/starving myself. See 21-CV-1393. I was unable to properly walk and would colaps due to being weak from starving myself. See 21-CV-1393. I was told I had to go refuse HSU for hunger strike I refused as I have the right to do. Tonia Rozmarynoski had a few staff assemble for a cell extraction on me so they put on gas masks and protective gear and came to cell 408 housing me. I was given Directives to come to the door and submit to restraints. I laid on the floor hands behind my back legs up crossed to surrender to them (the extraction team). Tonia Rozmarynoski gave me Directives to submit to restraints. I stayed in the same position. She then informed me staff were not going to enter the cell. I stayed in the surrendering position. Tonia Rozmarynoski the sprayed me with a mark 3 oc spray. I stayed in the surrendering position. Tonia Rozmarynoski then told me if I did not comply she would deploy a second burst of oc into

The cell. I stayed in the surrendering position. Tonia Rozmarynoski then Deployed a burst of mark 9 oc vapor. I began to not be able to breath and was burning. I crawled to the door and was placed in restraints and assisted into a wheelchair and taken to HSU to refuse. I Declined a shower cause the oc would have went to my anus and genitals. See Ex 1, constitutional rights to prisoner, DOI policy 300.00.57, cooper v matti, No force was needd making this one Excessive force two I have a right to refuse medical aid making this a due process violation, Three I could not properly walk but was sprayd with oc crual and unusual punishment, 21-CV-1393. Defendant is author of exhibit 1 Relief wanted: 250,000 punitive damages, Injunction that I not be forced to refuse HSU at HSU Doot with no court order

Respectfully submitted
This 24 Day of July 2022
Fredrick Morris
GBCI
Po Box 19033
Green Bay wis 54307

2 of 2